**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ANTHONY MOODY,<br>Plaintiff,<br>v.<br>CITY OF CHICAGO, et al.<br>Defendants. | Case Number:<br>FILED STAMP: AUG. 21, 2008<br>08CV4775<br>JUDGE HART<br>MAG. JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
J. N.

Plaintiff

NAME (Type or print)
Jeffrey B. Granich

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Jeffrey B. Granich

FIRM
Law Office of Jeffrey B. Granich

STREET ADDRESS
53 West Jackson Blvd., Suite 840

CITY/STATE/ZIP
Chicago, IL 60604

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6207030
TELEPHONE NUMBER: (312) 939-9009

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ✓ NO ☐
ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ✓
ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✓ NO ☐
IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐