## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV4775   Assigned/Issued By: J. N.

Judge Name: HART   Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
　　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____
　　　　　　　　[ ] $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350　　　　　　　　Receipt #: 3041820

Date Payment Rec'd: 8-21-08　　　 Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons　　　　　　　　　　　　　　[ ] Alias Summons
[ ] Third Party Summons　　　　　　　　　[ ] Lis Pendens
[ ] Non Wage Garnishment Summons　　　　[ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
　　　　　　　　　　　　　　　　　　　　[ ] Other
[ ] Writ _____
　　　　(Type of Writ)
　　　　　　　　　　　　　　　　　　　　　(Type of issuance)

 3  Original and  0  copies on  8-21-08  as to  ALL DEFENDANTS
　　　　　　　　　　　　　　(Date)